858

No. 300. CAMPBELL v. COMMISSIONER OF PATENTS. United States Court of Customs and Patent Appeals. Certiorari denied. *Harvey L. Lechner* and *Edward H. Davis* for petitioner. *Solicitor General Soboloff, Assistant Attorney General Burger* and *Samuel D. Slade* for respondent.

No. 303. METROPOLITAN PETROLEUM CORP. ET AL. v. UNITED STATES. United States Court of Customs and Patent Appeals. Certiorari denied. *John W. Davis, Theodore Kiendl, Ralph M. Carson* and *Francis R. Kirkham* for petitioners. *Solicitor General Soboloff, Assistant Attorney General Burger, John R. Benney, Samuel D. Slade* and *Herman Marcuse* for the United States.

No. 304. NATIONAL TEXTILE & MANUFACTURING CO., INC. v. PENNSYLVANIA RAILROAD Co. C. A. 2d Cir. Certiorari denied. *Sidney Basil Levy* for petitioner. *John Vance Hewitt* for respondent.

No. 314. ROGERS v. REPUBLIC PICTURES CORP. ET AL. C. A. 9th Cir. Certiorari denied. *Norman S. Sterry* for petitioner. *Joseph P. Loeb* for respondents.

No. 315. AUTRY v. REPUBLIC PRODUCTIONS, INC. ET AL. C. A. 9th Cir. Certiorari denied. *Martin Gang* and *Milton A. Rudin* for petitioner. *Joseph P. Loeb* for respondents.

No. 146, Misc. BRADEN v. MISSOURI. Supreme Court of Missouri. Certiorari denied.